IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DEMARCUS RANTREZ ROBINSON
ADC #150429                                                                                    PETITIONER

v.                                    No. 5:15-cv-83-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                          RESPONDENT

## JUDGMENT

Robinson's petition is dismissed. The dismissal is with prejudice on his due process, double jeopardy, and equal protection claims. His deliberate indifference claim is dismissed without prejudice to him raising it in a future § 1983 action.

*D.P. Marshall Jr.* (signature)
D.P. Marshall Jr.
United States District Judge

21 December 2015